IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAMA KOUROUMA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, ET AL. | : | NO. 26-4411 |

## **ORDER**

**AND NOW**, this 3rd day of July, 2026, upon consideration of Petitioner Adama Kourouma's Petition for Writ of Habeas Corpus (Docket No. 1), and Respondents' unopposed letter request to file their response thereto on July 9, 2026, **IT IS HEREBY ORDERED** that Respondents shall file their response to the instant Petition no later than 1:00 p.m. on July 9, 2026. **IT IS FURTHER ORDERED** that Respondents shall not further transfer Petitioner while the instant Petition for Writ of Habeas Corpus is pending.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.