IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ADAMA KOUROUMA : CIVIL ACTION
:
v. :
:
J.L. JAMISON, ET AL. : NO. 26-4411

## ORDER

**AND NOW**, this 10th day of August, 2026, the Government having certified its compliance with Paragraph 3 of our Order dated July 8, 2026 (see Docket Nos. 6, 7) and Petitioner having failed to file a motion for costs and fees pursuant to the EAJA, **IT IS HEREBY ORDERED** that the Clerk shall mark this case **CLOSED**.

BY THE COURT:

/s/ John R. Padova

John R. Padova, J.